# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00034-CV

**Pedernales Electric Cooperative, Inc., Appellant**

**v.**

**Samuel S. White, Janette Barlow, Gregory Colon, and Stephanie Colon, Appellees**

### FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY
### NO. 19-1250-C, THE HONORABLE ROBERT UPDEGROVE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Pedernales Electric Cooperative, Inc. has filed an unopposed motion to dismiss this appeal. We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Byrne, Justices Triana and Theofanis

Dismissed on Appellant's Motion

Filed: January 5, 2023